AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Matthew Honigford**<br>DOB: XXXXXXXX<br><br>*Defendant(s)* | Case: 1:23-mj-00317<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 11/17/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | To forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 as an officer or employee of the United States while engaged in or on account of the performance of official duties, |
| 18 U.S.C. § 111(a)(2) | Knowingly engages in physical contact with the victim or the intent to commit another felony, |
| 18 U.S.C. § 231(a)(3) | Knowingly commits or attempts to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties, |
| 18 U.S.C. § 1752(a)(1) | Knowingly enter or remain in any restricted building or grounds without lawful authority to do so, |
| 18 U.S.C. § 1752(a)(2) | Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, |
| 40 U.S.C. § 5104(e)(2)(D) | Willfully and knowingly utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

███████████, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __11/17/2023__                                                             _____
*Judge's signature*

City and state: __Washington, D.C.__                           Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*