AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:23-mj-00317 |
| | ) Assigned to: Judge Meriweather, Robin M. |
| Matthew Honigford | ) Assign Date: 11/17/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                          Matthew Honigford                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - To forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 as an officer or employee of the United States while engaged in or on account of the performance of official duties;
18 U.S.C. § 111(a)(2) - Knowingly engages in physical contact with the victim or the intent to commit another felony;
18 U.S.C. § 231(a)(3)- Knowingly commits or attempts to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties ;
18 U.S.C. § 1752(a)(1) -Knowingly enter or remain in any restricted building or grounds without lawful authority to do so;
18 U.S.C. § 1752(a)(2)- Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct;
40 U.S.C. § 5104(e)(2)(D)- Willfully and knowingly utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

Date:       11/17/2023                                                      2023.11.17 14:09:24 -05'00'
                                                              *Issuing officer's signature*

City and state:              Washington, D.C.                      Robin M. Meriweather, U.S. Magistrate Judge
                                                              *Printed name and title*

---

### Return

This warrant was received on *(date)*  11/17/23  , and the person was arrested on *(date)*  11/21/23
at *(city and state)*    DELPHOS, OHIO          .

Date:  11/21/23                                                      _____
                                                              *Arresting officer's signature*

                                                              JON GRUENBERG, TFO
                                                              *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | | |
|---|---|---|
| v. | ) | 3:23MJ5475 NDOH |
| | ) | Case: 1:23-mj-00317 |
| Matthew Honigford | ) | Assigned to: Judge Meriweather, Robin M. |
| | ) | Assign Date: 11/17/2023 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Matthew Honigford _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U S C § 111(a)(1) - To forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U S C § 1114 as an officer or employee of the United States while engaged in or on account of the performance of official duties;
18 U S C § 111(a)(2) - Knowingly engages in physical contact with the victim or the intent to commit another felony;
18 U S C § 231(a)(3)- Knowingly commits or attempts to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties ;
18 U S C § 1752(a)(1) -Knowingly enter or remain in any restricted building or grounds without lawful authority to do so;
18 U S C § 1752(a)(2)- Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct;
40 U S C § 5104(e)(2)(D)- Willfully and knowingly utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress

Date:     11/17/2023                                                    *Jw-Maxwee* 2023.11.17 14:09:24 -05'00'
                                                                        *Issuing officer's signature*

City and state:          Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                                        *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | | |
| at *(city and state)* _____ . | | |
| | | |
| Date: _____ | | _____ |
| | | *Arresting officer's signature* |
| | | |
| | | _____ |
| | | *Printed name and title* |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br><br>v.<br><br>Matthew Honigford<br>DOB: ▮▮▮▮▮▮<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:23-mj-00317<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 11/17/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the
_____ in the District of _____ Columbia _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|

18 U.S.C. § 111(a)(1) - To forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 as an officer or employee of the United States while engaged in or on account of the performance of official duties,

18 U.S.C. § 111(a)(2) - Knowingly engages in physical contact with the victim or the intent to commit another felony,

18 U.S.C. § 231(a)(3)- Knowingly commits or attempts to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties,

18 U.S.C. § 1752(a)(1) -Knowingly enter or remain in any restricted building or grounds without lawful authority to do so,

18 U.S.C. § 1752(a)(2)- Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct,

40 U.S.C. § 5104(e)(2)(D)- Willfully and knowingly utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jon Gruenberg , Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 11/17/2023 _____

2023.11.17
14:04:32 -05'00'
_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Case: 1:23-mj-00317
Assigned to: Meriweather, Robin M.
Assign Date: 11/17/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, Jon Glen Gruenberg, is a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) assigned to FBI's Cleveland Field Office, Toledo Residence Agency. I have been assigned to the Joint Terrorism Task Force, a joint federal and local task force investigating violations of federal law committed in Northwest Ohio. I have been a TFO with the FBI since March of 2022. I am also a detective with the Toledo Police Department (TPD) in Toledo, Ohio, and have been employed with the TPD since 2013. Currently, I am tasked with investigating criminal activity in and around the U.S. Capitol grounds on January 6, 2021. As a TFO, I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of federal criminal laws.

### *Background – The U.S. Capitol on January 6, 2021*

The U.S. Capitol building is secured 24 hours a day by U.S. Capitol Police ("USCP"). Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the U.S. Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which took place on November 3, 2020. The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and USCP were present and attempting to keep the crowd away from the Capitol building and the proceedings inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the USCP, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Mike Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

*"AFO-506"*

A review of body-worn camera (BWC) footage of D.C. Metropolitan Police Department (MPD) officers revealed an unidentified individual assaulting law enforcement officers at the U.S. Capitol on January 6, 2021. The unidentified individual—subsequently identified as Matthew HONIGFORD, as discussed below—was then included as BOLO AFO-506 in an FBI Seeking Information poster which was disseminated by the FBI Office of Public Affairs on or about December 10, 2021:



**MPD Body-Worn Camera Footage of BOLO AFO-506 Assaulting Law Enforcement Officers on Lower Southwest Plaza:** As seen on BWC footage, at approximately 2:30 p.m., a crowd of rioters were assembled on the Southwest Plaza exit wing of the U.S. Capitol. Law enforcement officers from the USCP and MPD had formed a line as a barrier against the crowd. Rioters were moving toward the police line as law enforcement officers moved up the exit wing stairs. Thereafter, rioters successfully advanced up the stairs. HONIGFORD was at the front of the crowd of rioters.

A review of the BWC footage of two MPD Officers ("Officer 1" and "Officer 2") revealed that at approximately 2:30:35 p.m., HONIGFORD was holding a flagpole horizontally in front of his body with both hands. HONIGFORD pushed the flagpole into Officer 1's chest area (Screenshot 1). Officer 1 reached out to grab the flagpole with his right hand, then both hands, then ultimately maintained a hold of the flagpole with his left hand. Officer 1 continued to struggle back and forth with HONIGFORD over the flagpole until approximately 2:30:52 p.m., when Officer 1 pushed the flagpole downward and released his grip on the flagpole. Thereafter, HONIGFORD moved the flagpole into a vertical position and held it with both hands.



*Screenshot 1: MPD Officer 1 BWC*

**MPD Body-Worn Camera Footage of BOLO AFO-506 Assaulting Law Enforcement Officers on Upper West Terrace:** As seen on BWC footage, at approximately 2:45 p.m., HONIGFORD advanced with a crowd of rioters to the Upper West Terrace. Rioters assembled on the steps in front of the police line that officers formed with metal bike racks to act as a barrier against the crowd. HONIGFORD was again at the front of the crowd of rioters and encouraged other rioters to move toward the police line by yelling, "Up!" and moving his hands in a gesture to bring people towards where he was standing.

A review of the BWC footage of four MPD Officers (Officers 3–6) revealed that from approximately 2:44:34 p.m. until 2:46:15 p.m., HONIGFORD was touching or attempting to touch Officers 3 and 4 with his hands. As captured on the BWC footage, HONIGFORD stated he was praying for the officers. Other rioters and officers told HONIGFORD not to touch the Officers but HONIGFORD continued to do so (Screenshot 2).



*Screenshot 2: MPD Officer 3*

3

Starting at approximately 2:46:35 p.m., rioters pushed against the metal barriers, moving them. HONIGFORD put his right hand on the top of the barrier. HONIGFORD squatted and grabbed the middle rack section of the barrier with his right hand, appearing to gain a stronger grip on the barrier. An Officer 4 placed her hands on HONIGFORD's shoulders as HONIGFORD used his body to push the barriers against the law enforcement line. At 2:46:42, Officer 4 grabbed HONIGFORD's jacket hood with her right hand, which appeared to be an attempt to pull HONIGFORD up from his squatting position and prevent HONIGFORD from continuing to push into the metal barrier with HONIGFORD's body. As Officer 4 attempted to lift HONIGFORD, HONIGFORD leaned back away from Officer 4 and kicked the metal barrier toward Officer 4. Simultaneously, other rioters to the right of HONIGFORD separated sections of the barriers and broke through the law enforcement line. After kicking the barrier against Officer 4, HONIGFORD moved along with other rioters towards the break in the barriers. HONIGFORD instructed other rioters to "pull it down" and carried one of the barriers into the crowd away from law enforcement. Thereafter, law enforcement officers established a new line higher up on the stairs. HONIGFORD remained at the front of the crowd of rioters and walked up the stairs towards the new law enforcement line. Shortly thereafter, HONIGFORD held a long silver pole in his right hand and moved towards the law enforcement line with the pole held out horizontally (Screenshot 3). As HONIGFORD approached, the officers held out their hands to receive the pole and HONIGFORD is heard saying, "I don't want us to have this." He then gave the pole to officers.



*Screenshot 2: MPD Officer 4*

**Additional MPD Body-Worn Camera Footage of HONIGFORD:** At approximately 2:50:43 p.m., HONIGFORD climbed to a higher platform on the U.S. Capitol building and stood facing rioters below waving an American flag. Other rioters began to join him at approximately 2:57:15 p.m.

*Initial Identification of AFO-506 as MATTHEW HONIGFORD*

Records obtained pursuant to a search warrant served on Google are consistent with a device, associated with phone number ending in 9950 (the "9950 Number")[1] and matthongiford@gmail.com, being located near the Southwest Scaffolding and Stairs of the U.S. Capitol at approximately 2:35 p.m. on January 6, 2021. These results returned MATTHEW HONIGFORD as the subscriber associated with this Google account ("the Google Account").

Subsequent searches of law enforcement databases obtained results for an individual with an Ohio driver's license and date of birth in 1992. HONIGFORD's driver's license photograph matches the appearance of AFO-560 in the BWC footage referenced above.

In response to legal process, Verizon Wireless confirmed that the 9950 Number (which Google search warrant returns placed near the U.S. Capitol on January 6) was registered to HONIGFORD. Toll records show numerous call transactions took place when the device associated with the 9950 Number was in Ohio. Records further indicate that sometime between January 3 and January 6, 2021, the device associated with the 9950 Number traveled from Ohio to Washington, D.C., and placed multiple calls originating from Washington, D.C.

Other Google Account records included videos and photographs dated January 6, 2021, showing people carrying American flags and Trump campaign flags and chanting "Stop the Steal" in the vicinity of the Washington Monument, as well as a 28-minute video dated January 6, 2021, of then-President Donald Trump giving a speech on a screen at the "Stop the Steal" rally. Google location data records also show that the device associated with the 9950 Number traveled from Ottoville, Ohio, through Ohio and Pennsylvania on January 5, 2021. On January 6, 2021, location data shows the device stopping at multiple locations in Maryland before entering the Washington, D.C., area shortly after 5:00 a.m., and departing Washington, D.C., for Clear Spring, Maryland, at approximately 4:30 p.m. As noted above, location data shows the device in the vicinity of the U.S. Capitol building from approximately 2 p.m. to 3 p.m. on January 6, 2021. On January 7, 2021, location data shows the device stopping in Clear Spring, Maryland, and Grantsville, Maryland, before returning to Ottoville, Ohio, that evening.

In response to legal process, Fifth Third Bank produced records for an account in MATTHEW HONIGFORD's name. The records show that a debit card associated with the account made a purchase in at a Sunoco in Grantsville, Maryland, on January 7, 2021. Fifth Third Bank records also identified the Ohio Army National Guard as an employer of HONIGFORD.

Records provided to FBI by the Department of Defense identified HONIGFORD as a former Specialist with the Ohio Army National Guard who was honorably discharged for completion of his enlistment commitment in March 2022.

### Further Identification of HONIGFORD as AFO-560

On or about October 13, 2023, a Staff Sergeant with Ohio Army National Guard (Witness 1) whose identity is known to your affiant, was interviewed and shown screenshots of AFO-560 from the footage of January 6, 2021, referenced above. Witness 1 positively identified AFO-560 as HONIGFORD. Witness 1 further reported that HONIGFORD was a Specialist in the Aviation Battalion that Witness 1 oversees beginning in 2019. According to Witness 1, shortly after the presidential election in November 2020,

---

[1]     The full phone number is known to your affiant.

HONIGFORD stopped attending drill weekends, stating that his sister was sick and he needed to be available to help her and that he did not trust the current state of the country following the election of Joe Biden as president. HONIGFORD was reported Absent Without Leave but permitted to remain in the Ohio Army National Guard until his Expiration Term of Service date on March 14, 2022.

*Conclusion*

Based upon the foregoing, your affiant submits that there is probable cause to believe that MATTHEW HONIGFORD violated 18 U.S.C. § 111(a)(1) and (2), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 as an officer or employee of the United States while engaged in or on account of the performance of official duties, and provides for an enhanced penalty where the defendant's acts involve physical contact with the victim or the intent to commit another felony. USCP officers are federal law enforcement officers for purposes of Section 2114. The definition under Section 1114 is further extended to include any person assisting such a federal officer or employee in the performance of his or her official duties or on account of that assistance. USCP officers are federal law enforcement officers and MPD officers were assisting USCP officers in protecting the Capitol and members of Congress on January 6, 2021.

Your affiant submits there is also probable cause to believe that MATTHEW HONIGFORD violated 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof.

Your affiant further submits that there is probable cause to believe that MATTHEW HONIGFORD violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Finally, your affiant submits there is also probable cause to believe that MATTHEW HONIGFORD violated 40 U.S.C. § 5104(e)(2)(D), which makes it a crime to willfully and knowingly utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress.

_____
Jon Glen Gruenberg
Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this <u>17th</u> day of November 2023.

2023.11.17
14:07:21 -05'00'

HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

7

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

FILED

NOV 2 1 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| United States of America | ) | |
| v. | ) | Case No.   3:23MJ5475 |
| | ) | |
| Matthew Honigford | ) | Charging District's Case No.   1:23MJ317 |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    District of Columbia

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my ☒ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  11/21/23

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Donn M. Gill
*Printed name of defendant's attorney*

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

NOV 2 1 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  3:23MJ5475 |
| Matthew Honigford | ) | 1:23MJ317 D.C. |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  U.S. District Court, District of Columbia
*Place*

via Zoom

on _____11/30/2023 12:30 pm_____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

$10,000.00, unsecured

AO 199B  (Rev. 10/20) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the
appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court
immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                                       Custodian                            Date

( ☑ ) (7)  The defendant must:
  ( ☑ ) (a)  submit to supervision by and report for supervision to the   U.S. Pretrial Services, as directed   ,
        telephone number _____ , no later than _____ .
  ( ☑ ) (b)  continue or actively seek employment.
  ( ☐ ) (c)  continue or start an education program.
  ( ☐ ) (d)  surrender any passport to:
  ( ☑ ) (e)  not obtain a passport or other international travel document.
  ( ☐ ) (f)  abide by the following restrictions on personal association, residence, or travel:   State of Ohio and District of Columbia (for court appearances
        and meetings with counsel only)
  ( ☑ ) (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
        including: _____

  ( ☐ ) (h)  Undergo a psychiatric/mental health evaluation and/or counseling as directed by Pretrial Services. Take all medication as prescribed

  ( ☐ ) (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
        or the following purposes: _____

  ( ☐ ) (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
        necessary.
  ( ☑ ) (k)  not possess a firearm, destructive device, or other weapon.
  ( ☐ ) (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
  ( ☑ ) (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
        medical practitioner.
  ( ☐ ) (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
        random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
        prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
        of prohibited substance screening or testing.
  ( ☐ ) (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office
        or supervising officer. Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of
        any prohibited substance testing which is required as a condition of release.
  ( ☐ ) (p)  participate in one of the following location restriction programs and comply with its requirements as directed:
     ( ☐ ) (i)  Curfew. You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
        directed by the pretrial services office or supervising officer; or
     ( ☐ ) (ii)  Home Detention. You are restricted to your residence at all times except for employment; education; religious services;
        medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
        activities approved in advance by the pretrial services office or supervising officer; or
     ( ☐ ) (iii)  Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
        court appearances or other activities specifically approved by the court; or
     ( ☐ ) (iv)  Stand Alone Monitoring. You have no residential curfew, home detention, or home incarceration restrictions. However,
        you must comply with the location or travel restrictions as imposed by the court.
        Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
  ( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:

# ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
( ☐ ) (ii)   Voice Recognition; or
( ☐ ) (iii)   Radio Frequency; or
( ☐ ) (iv)   Active or passive GPS.

( ☐ )   (r)   pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ )   (s)   report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ )   (t)   no contact with co-defendants.

( ☐ )   (u)

☐   Participate in cognitive behavioral program as instructed by the U.S. Pretrial Services and Probation Officer or the Court.

☐   Prohibition on Access to Computer/Internet: The defendant is prohibited from accessing any computer, Internet Service Provider, bulletin board system or any other public or private computer network or the service at any location * (including employment or education) without prior written approval of the U.S. Pretrial Services and Probation Office or the Court. Any approval shall be subject to any conditions set by the U.S. Pretrial Services and Probation Office or the Court with respect to that approval. Any computer found is subject to seizure and/ or search.  A search will not be conducted prior to approval of the Court.

☐   Computer/Internet Access Permitted: The defendant shall consent to the U.S. Pretrial Services and Probation Office conducting periodic unannounced examinations of his/her computer system(s), which may include retrieval and copying of all memory from hardware/software and/or removal of such system(s) for the purpose of conducting a more thorough inspection and will consent to having installed on his/her computer(s), at his/her expense, any hardware/software to monitor his/her computer use or prevent access to particular materials. The defendant hereby consents to periodic inspection of any such installed hardware/software to insure it is functioning properly. The defendant shall provide the U.S. Pretrial Services and Probation Office with accurate information about his/her entire computer system (hardware/software); all passwords used by him/her; and his/her Internet Service Provider(s); and will abide by all rules of the Computer Restriction and Monitoring Program.

☐   Computer/Internet Restrictions: The defendant is prohibited from accessing any on-line computer service at any location (including employment or education) without prior written approval of the U.S. Pretrial Services and Probation Office or the Court. This includes any Internet Service Provider, bulletin board system or any other public or private computer network. Any approval shall be subject to conditions set by the U.S. Pretrial Services and Probation Office or the Court with respect to that approval.

The defendant shall consent to the U.S. Pretrial Services and Probation Office conducting periodic unannounced examinations of his/her computer system(s), which may include retrieval and copying of all memory from hardware/software and/or removal of such system(s) for the purpose of conducting a more thorough inspection and will consent to having installed on his/her computer(s), at the defendant's expense, any hardware/software to monitor his/her computer use or prevent access to particular materials. The defendant hereby consents to periodic inspection of any such installed hardware/software to insure it is functioning properly.

The defendant shall provide the U.S. Pretrial Services and Probation Office with accurate information about the defendant's entire computer system (hardware/software); all passwords used by him/her; and the defendant's Internet Service Provider(s); and will abide by all rules of the Computer Restriction and Monitoring Program.

☐   No Contact with Minors: The defendant shall not associate or have verbal, written, telephone, or electronic communication with any person under the age of 18 except in the presence of the parent or legal guardian of said minor. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom the defendant must deal in order to obtain ordinary and usual commercial services.

The defendant shall not frequent or loiter within 1000 feet of schoolyards, playgrounds, theme parks, arcades, swimming pools, skating rinks, toy stores and other places where persons under the age of 18 play, congregate, or gather, without the prior express written approval of the U.S. Pretrial Services and Probation Office.

The defendant shall not seek, obtain or maintain any employment, volunteer work, church or recreational activities involving minors (persons under the age of 18) in any way without the prior express written approval of the U.S. Pretrial Services and Probation Office.

AO 199C  (Rev. 09/08)  Advice of Penalties                                   Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned for not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender will result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Delphos OH
_____
*City and State*

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____11/21/2023_____          _____
                                         *Judicial Officer's Signature*

                                         Darrell A. Clay, U.S. Magistrate Judge
                                         _____
                                         *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED

NOV 21 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Matthew Honigford | ) Case No. 3:23MJ5475 |
| | ) |
| _Defendant_ | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Matthew Honigford _____ (_defendant_), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )  to appear for court proceedings;
( X )  if convicted, to surrender to serve a sentence that the court may impose; or
( X )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)  This is a personal recognizance bond.

( X ) (2)  This is an unsecured bond of $ _10,000.00_ .

(   ) (3)  This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property (_describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value_):

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety (_attach a copy of the bail bond, or describe it and identify the surety_):

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._  This appearance bond may be forfeited if the defendant does not comply with the above agreement.  The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement.  At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)  all owners of the property securing this appearance bond are included on the bond;
(2)  the property is not subject to claims, except as described above; and
(3)  I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:  11/21/2023

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

Sandy Opacich,
*CLERK OF COURT*

Date:  11/21/2023

_____  Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Approved.

Date:  11/21/2023

_____  Darrell A. Clay, U.S. Magistrate Judge
*Judge's signature*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:23MJ5475 |
| | ) | |
| Matthew Honigford | ) | Charging District: District of Columbia |
| Defendant | ) | Charging District's Case No. 1:23MJ317 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: U.S. District Court, District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | Courtroom No.: via zoom |
| | Date and Time: 11/30/2023 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    11/21/2023

_____
Judge's signature

Darrell A. Clay, U.S. Magistrate Judge
Printed name and title

Termed

# U.S. District Court
## NORTHERN DISTRICT OF OHIO (Toledo)
## CRIMINAL DOCKET FOR CASE #: 3:23-mj-05475-DAC All Defendants

Case title: United States of America v. Honigford          Date Filed: 11/21/2023

Other court case number: 1:23MJ317 District of Columbia          Date Terminated: 11/21/2023

Assigned to: Magistrate Judge Darrell A.
Clay

### Defendant (1)

**Matthew Honigford**                    represented by  **Donna M. Grill**
*TERMINATED: 11/21/2023*                                Office of the Federal Public Defender -
                                                        Toledo
                                                        Northern District of Ohio
                                                        2nd Floor
                                                        617 Adams Street
                                                        Toledo, OH 43604
                                                        419-259-7370
                                                        Fax: 419-259-7375
                                                        Email: Donna_Grill@fd.org
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or*
                                                        *Community Defender Appointment*
                                                        *Bar Status: Active*

### Pending Counts                              ### Disposition
None

### Highest Offense Level (Opening)
None

### Terminated Counts                           ### Disposition
None

### Highest Offense Level (Terminated)
None

### Complaints                                  ### Disposition
18:111(a)(1) To forcibly assault, resist,
oppose, impede, intimidate, or interfere with

any person designated in 18:1114 as an
officer or employee of the United States
while engaged in or on account of the
performance of official duties

18:111(a)(2) Knowingly engages in physical
contact with the victim or the intent to
commit another felony

18:231(a)(3) Knowingly commits or
attempts to commit any act to obstruct,
impede, or interfere with any fireman or law
enforcement officer lawfully engaged in the
lawful performance of his official duties

18:1752(a)(1) -Knowingly enter or remain
in any restricted building or grounds without
lawful authority to do so

18:1752(a)(2) Knowingly, and with intent to
impede or disrupt the orderly conduct of
Government business or official functions,
engage in disorderly or disruptive conduct
in, or within such proximity to, any
restricted building or grounds when, or so
that, such conduct

40:5104(e)(2)(D) Willfully and knowingly
utter loud, threatening, or abusive language,
or engage in disorderly or disruptive
conduct, at any place in the Grounds or in
any of the Capitol Buildings with the intent
to impede, disrupt, or disturb the orderly
conduct of a session of Congress or either
House of Congress

---

**Plaintiff**

**United States of America**                    represented by   **Frank H. Spryszak**
                                                                 Office of the U.S. Attorney - Toledo
                                                                 Northern District of Ohio
                                                                 Ste. 308
                                                                 Four SeaGate
                                                                 Toledo, OH 43604-2624
                                                                 419-241-0754
                                                                 Fax: 419-259-6360
                                                                 Email: Frank.Spryszak@usdoj.gov
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Retained*
                                                                 *Bar Status: Govt*

                                                                 **Tracey Ballard Tangeman**
                                                                 Office of the U.S. Attorney - Toledo
                                                                 Northern District of Ohio

Ste. 308
Four SeaGate
Toledo, OH 43604-2624
419-241-0719
Fax: 419-259-6360
Email: tracey.tangeman@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Govt*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2023 | | Arrest (Rule 5) of Matthew Honigford (1) on 11/21/2023. (R,Ke) (Entered: 11/21/2023) |
| 11/21/2023 | 1 | Rule 5 Warrant received as to Matthew Honigford (1). (Attachments: # 1 District of Columbia Complaint, # 2 District of Columbia Affidavit)(R,Ke) (Entered: 11/21/2023) |
| 11/21/2023 | | Scheduling **Order** [non-document] as to Matthew Honigford (1). Initial Appearance set for 11/21/2023 at 03:00 PM in Courtroom 224. Magistrate Judge Darrell A. Clay on 11/21/2023. (R,Ke) (Entered: 11/21/2023) |
| 11/21/2023 | 2 | Arrest Warrant Returned Executed on 11/21/2023 in case as to Matthew Honigford (1). (R,Ke) (Entered: 11/21/2023) |
| 11/21/2023 | | **Minutes of proceedings** [non-document] before Magistrate Judge Darrell A. Clay. Initial Appearance in Rule 5 Proceedings as to Matthew Honigford (1) held on 11/21/2023. Government appeared by attorney Frank Spryszak; Defendant appeared with Federal Public Defender Donna Grill; Officer Jordan Spadafore appeared for U.S. Pretrial Services. Charges read. Financial affidavit executed and approved. Office of the Federal Public Defender appointed to represent defendant. Parties advised of the Due Process Protections Act. Defendant waived Rule 5 identity hearing and requested a preliminary hearing be held in the charging district. Defendant released on $10,000.00 unsecured bond with terms and conditions as stated on the record. Defendant ordered to appear in charging district. (Court Reporter ECRO Denice Sims) Time: 28 minutes. (R,Ke) (Entered: 11/21/2023) |
| 11/21/2023 | 4 | CJA 23 Financial Affidavit by Matthew Honigford (1). Magistrate Judge Darrell A. Clay on 11/21/2023. (R,Ke) (Entered: 11/21/2023) |
| 11/21/2023 | | **Order** [non-document] Appointing Federal Public Defender Donna M. Grill for Matthew Honigford The Federal Public Defender is reminded of counsel's obligation to report significant changes in defendant's employment or financial circumstances sufficient to enable defendant to pay, in whole or in part, for legal representation. CJA Plan, Part IV (B) (2). Magistrate Judge Darrell A. Clay on 11/21/2023. (R,Ke) (Entered: 11/21/2023) |
| 11/21/2023 | | **Order** [non-document] as to Matthew Honigford (1). Pursuant to the Due Process Protections Act, Government's counsel is advised of and ordered to comply with the government's disclosure requirements under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny; and reminded that failure to comply with those disclosure obligations in timely manner could result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. Magistrate Judge Darrell A. Clay on 11/21/2023. (R,Ke) (Entered: 11/21/2023) |
| 11/21/2023 | 5 | Waiver of Rule 5(c)(3) Hearing by Matthew Honigford (1). (R,Ke) (Entered: 11/21/2023) |

| 11/21/2023 | 6 | Appearance Bond Entered as to Matthew Honigford (1) in amount of $ 10,000.00, unsecured. (R,Ke) (Entered: 11/21/2023) |
|---|---|---|
| 11/21/2023 | 7 | **Order** Setting Conditions of Release as to Matthew Honigford (1). Magistrate Judge Darrell A. Clay on 11/21/2023. (R,Ke) (Entered: 11/21/2023) |
| 11/21/2023 | 8 | Commitment to Another District as to Matthew Honigford (1). Defendant committed to District of Columbia. Magistrate Judge Darrell A. Clay on 11/21/2023. (R,Ke) (Entered: 11/21/2023) |
| 11/21/2023 | | Notice to District of Columbia of a Rule 5 Initial Appearance as to Matthew Honigford (1). Your case number is: 1:23MJ317. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 7 Order Setting Conditions of Release, 5 Waiver of Rule 5(c)(3) Hearing, 4 Financial Affidavit - CJA23, 8 Commitment to Another District, 6 Bond, 2 Warrant Returned Executed, 1 Rule 40 Warrant from Another District. If you require certified copies of any documents, please send a request to ohndml_InterDistrictTransfer@ohnd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (R,Ke) (Entered: 11/21/2023) |
| 11/22/2023 | 9 | Arrest Warrant Returned Executed on 11/21/23 in case as to Matthew Honigford (1). (K,AR) (Entered: 11/22/2023) |