### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.1:23MJ-00317 |
| | : | |
| Plaintiff, | : | |
| | : | MAG. JUDGE ROBIN MERIWEATHER |
| -vs- | : | |
| | : | Donna M. Grill (0062141) |
| MATTHEW HONIGFORD, | : | Assistant Federal Public Defender |
| | : | 617 Adams Street, 2nd Floor |
| Defendant. | : | Toledo, Ohio 43604 |
| | : | PH: 419.259.7370 |
| | : | FAX: 419.259.7375 |
| | : | Email: donna_grill@fd.org |

## NOTICE OF APPEARANCE OF COUNSEL

Counsel, Donna M. Grill, hereby enters her appearance as lead counsel on behalf of the Defendant in the above-captioned case and requests that she be added to the docket in this matter.

Respectfully submitted,

Stephen Newman
Federal Public Defender
Ohio Bar: 0051928

*s/ Donna M. Grill*
DONNA M. GRILL (0062141)
Assistant Federal Public Defender
617 Adams Street
Toledo, OH 43604
(419) 259-7370; fax (419) 259-7375
E-Mail: donna_grill@fd.org