# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: ~~23-MJ-317 (RMM)~~ 24cR 78(TSC) |
|  | : |  |
| v. | : | 18 U.S.C. § 111(a)(1) |
|  | : |  |
| MATTHEW HONIGFORD, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Matthew Honigford, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.    The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.    On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.    On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.      The Defendant, Matthew Honigford, was among those who unlawfully entered the grounds of the U.S. Capitol and assaulted law enforcement officers on January 6, 2021. Honigford traveled to Washington, D.C. from his home in Ohio with the purpose of attending the "Stop the Steal" rally to be held on January 6, 2021. On January 6, 2021, Honigford joined a crowd that proceeded toward the U.S. Capitol from the rally.

9.      At approximately 2:30 p.m., Honigford was positioned at the front of a crowd of rioters that breached a police line of officers from USCP and MPD on the Southwest Plaza of the U.S. Capitol to gain access to a set of stairs. At that time, Honigford held a United States flag on a flagpole horizontally in front of him and pushed it into MPD Officer S.B.'s chest area. Officer S.B. grabbed onto the flagpole to push it away. Honigford continued struggling with Officer S.B. over the flagpole for approximately 20 seconds.

10.     At approximately 2:45 p.m., Honigford advanced with a crowd of rioters to the Upper West Terrace, assembling on the steps in front of a police line that officers formed with metal bike racks to act as a barrier against the crowd.  From approximately 2:44 to 2:46 p.m., Honigford repeatedly touched or attempted to touch MPD officers with his hands, stating he was praying for them.  When officers asked Honigford to stop, Honigford responded, "How am I supposed to bless you guys?".  He continued to reach his hands out toward the officers until other rioters told him to stop and he turned toward them to say, "I'm trying to fucking pray, guys."

11.     At approximately 2:46 p.m., Honigford grabbed a metal bike rack and used his body to push the barrier against the law enforcement line. MPD Officer J.M. pulled on Honigford's jacket in an attempt to prevent him from pushing the barrier; Honigford leaned away and kicked the metal bike rack against Officer J.M.

### *Elements of the Offense*

12.     The parties agree that Assaulting, Resisting or Impeding Certain Officers in violation of 18 U.S.C. § 111(a)(1) requires the following elements:

    a.  First, the defendant assaulted, resisted, opposed, impeded, intimidated, or interfered with an officer from the Metropolitan Police Department.

    b.  Second, the defendant did such acts forcibly.

    c.  Third, the defendant did such acts voluntarily and intentionally.

    d.  Fourth, the person assaulted, resisted, opposed, impeded, intimidated, or interfered with was assisting officers of the United States who were then engaged in the performance of their official duties.

e.  Fifth, the defendant made physical contact with that officer, or acted with the intent to commit another felony.

### *Defendant's Acknowledgments*

13.     The defendant knowingly and voluntarily admits to all the elements as set forth above.  Specifically, the defendant admits that he forcibly assaulted Officer J.M. by pushing a barrier into and making physical contact with Officer J.M. when he was assisting an officer and employee of the USCP, and the defendant knew that the officers were engaged in the performance of official duties.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     *s/ Monika (Isia) Jasiewicz*
Monika (Isia) Jasiewicz
Assistant United States Attorney
D.C. Bar No. 102491
Capitol Siege Section
U.S. Attorney's Office
District of Columbia
(202) 714-6446
isia.jasiewicz@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Matthew Honigford, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 2/7/2024

_____
Matthew Honigford
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 2/8/24

_____
Donna M. Grill
Attorney for Defendant