Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 24cr78 (TSC) |
| ) | |
| Matthew Honigford ) | |
| ) | |

## WAIVER OF INDICTMENT

I, _____Matthew Honigford_____, the above-named defendant, who is accused of ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers (in violation of 18 USC § 111(a)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____February 21, 2024_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____    Date: _____February 21, 2024_____
Tanya S. Chutkan
United States District Judge