# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:24-CR-00078-001 |
| Plaintiff, | : | JUDGE TANYA CHUTKAN |
| v. | : | |
| | : | **MOTION FOR LEAVE TO FILE** |
| MATTHEW HONIGFORD, | : | **EXHIBIT A TO THE SENTENCING** |
| | : | **MEMORANDUM UNDER SEAL** |
| Defendant. | : | |

Matthew Honigford, by and through counsel, respectfully moves this Court for an order allowing him to file Exhibit A to his sentencing memorandum under seal. This exhibit consists of letters of support which include discussions of his minor children, including their names. Mr. Honigford therefore asks this Court for leave to file Exhibit A to his sentencing memorandum under seal.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*s/ Donna M. Grill*
DONNA M. GRILL (OH 0062141)
Office of the Federal Public Defender
617 Adams Street, 2nd Floor
Toledo, Ohio 43604
(419) 259-7370 (O) 419-259-7375 (F)
E-mail: donna_grill@fd.org