**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 1:24-CR-00078-001 |
| | : | |
| Plaintiff, | : | JUDGE TANYA CHUTKAN |
| | : | |
| v. | : | |
| | : | **MATTHEW HONIGFORD'S** |
| MATTHEW HONIGFORD, | : | **SENTENCING MEMORANDUM** |
| | : | |
| Defendant. | : | |

Matthew Honigford, by and through counsel, respectfully submits a sentencing memorandum for this Court's consideration in determining the appropriate sentence at his June 5, 2024 sentencing hearing. Mr. Honigford asks for a sentence "sufficient but not greater than necessary" to achieve the statutory goals of 18 U.S.C. §§ 3553(a) and 3661. Specifically, Mr. Honigford asks this Court to impose a sentence of 16 months, as further explained below.

**I.     Mr. Honigford is not the same man today that he was on January 6, 2021.**

Following his high school graduation, Mr. Honigford began studying Exercise Science at Columbus State Community College. Two years later, he wanted to transfer to Bowling Green State University, but found himself in need of money to do so. He was also lacking direction in his life. At that point, Mr. Honigford decided to withdraw from school and join the United States Army National Guard. He served until March 2022, when he was honorably discharged. During his service, beginning in 2014, Mr. Honigford began his studies at BGSU. On the surface, it appeared that Mr. Honigford was starting to find some amount of direction in his life; however, he struggled to stay on a path.

When he was about twenty-four years old, one of his sisters was diagnosed with leukemia. She was twenty-nine. She started treatment immediately and received a bone marrow transplant the following Spring. Luckily, his sister went into remission for a while. However, it was during that time that Mr. Honigford started to drink heavily. The stress of his sister's health and being away from his family contributed to his desires for alcohol.

He continued to struggle with direction in his life, a struggle no doubt exacerbated by his sister's illness. He took a break from school and worked a few different jobs. He earned his certification in Personal Training, but he didn't know what he wanted to do. He eventually gave up on school altogether and continued working, including when the pandemic hit.

His sister's health unfortunately worsened again. In about November 2019, she was diagnosed with a sarcoma on her voice box. Mr. Honigford came home to care for his sister. He would sit with his sister at the hospital and talk with her at length. In around May of 2020, his sister became ill with Covid. She suffered a lot of complications. At one point, the family decided to bring her home from the hospital and care for her at home. During that time, Mr. Honigford devoted himself to caring for her. In November 2021, her leukemia returned, and she would not recover. She had limited options at that point. She received treatment at two different hospitals, one local and another hours away where she would stay for a couple weeks each visit. Those two years or so were a stressful, sad, and chaotic time for the family and for Mr. Honigford. She lost her battle to leukemia on March 4, 2022.

It was in the midst of all this – the anger, the sadness, the distrust over the handling of Covid – that Mr. Honigford went to Washington, D.C. on January 6, 2021.

## II.     Mr. Honigford Today

During the many hours that Mr. Honigford sat with his sister, one thing she spoke with him about was faith. While he had dabbled with faith during college, Mr. Honigford hadn't found a church he wanted to join. During these conversations, Mr. Honigford learned much from his sister about faith. He is now a man of faith. And a man with responsibilities.

Mr. Honigford is a husband and father of three children.  He met his wife while taking care of his ailing sister. The pair married in November 2022. His wife works in the home, taking care of their children, ages five, twenty months, and one month. He adopted the five-year-old, filling the void left by her absent biological father. Mr. Honigford is the sole provider for his family. He also visits his parents and in-laws weekly and nurtures the bonds he has with family. His entire outlook on life and his future has completely evolved since January of 2021. He feels he has purpose to his life and his faith to support him.

Mr. Honigford has done well on pretrial release, satisfying those conditions. While he did recently get laid off from his employment, he immediately started looking for a new job. He is now set to start a new job this week with AMDG Solutions, LLC as a Track 2 Intern with the goal being that he becomes licensed to sell insurance. Mr. Honigford continues to pursue forward momentum and positive evolvement.

Looking ahead, it is important to note that Mr. Honigford has a lower risk of recidivism, as demonstrated by his criminal history score of zero. PSR, at ¶ 45. As the Sentencing Commission has found, "[r]ecidivism data analyzed by the Commission shows . . . that offenders with zero criminal history points have considerably lower recidivism rates than other offenders, including offenders with one criminal history point." U.S. SENT. COMMISSION 2023 Adopted Amendments, p. 79, available at

https://www.ussc.gov/sites/default/files/pdf/amendment-process/reader-friendly-amendments/202305_RF.pdf. While Mr. Honigford does not receive credit for his zero-point criminal history in his guidelines calculation, as he does not meet all the requirements under § 4C1,1, his criminal history is still meaningful in the context of 18 U.S.C. § 3553(a), as his history is indicative of his lower risk of recidivism. This offense, as reflected in his lack of criminal history, is an anomaly in his life.

Mr. Honigford knows he has to face the consequences of this offense, and he wants to set a good example for his children and others in doing so. He has already accepted responsibility for his offense. PSR at ¶ 31. He now comes before this Court for sentencing, carrying with him the support of family and friends. Exh. A, Ltrs. of Support. This support will aid him as he serves the sentence this Court hands down and as he transitions back to life with his family after imprisonment. Mr. Honigford looks forward to simpler living once he serves his sentence. He hopes to live on a homestead, provide for his family, and get back to nature.

Based on all the information before the Court, a sentence of 16 months is sufficient but not greater than necessary to serve the purposes of sentencing in this case. Mr. Honigford therefore asks this Court to impose a sentence of 16 months.

                                        Respectfully submitted,

                                        STEPHEN C. NEWMAN
                                        Federal Public Defender
                                        Ohio Bar: 0051928

                                        *s/ Donna M. Grill*
                                        DONNA M. GRILL (#0062141)
                                        Office of the Federal Public Defender
                                        617 Adams Street, 2nd Floor

Toledo, Ohio 43604
(419) 259-7370 (O) 419-259-7375 (F)
E-mail: donna_grill@fd.org